UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEW JERSEY PRIMARY CARE
ASSOCIATION, INC.,

Plaintiff,

v.

STATE OF NEW JERSEY
DEPARTMENT OF
HUMAN SERVICES, et al.,

Defendants.

Civil Action No. 12-413 (MAS) (TJB)

ORDER

This matter comes before the Court on Defendants State of New Jersey Department of
Human Services ("DHS"), Commissioner of DHS Jennifer Velez, DHS Division of Medical
Assistance and Health Services ("DMAHS"), and Director of DMAHS Valerie Harr's
(collectively, "Defendants") Motion for Relief from Judgment (ECF No. 84) and upon the Report
and Recommendation ("R&R") of the Honorable Tonianne J. Bongiovanni, U.S.M.J., which
recommended that Defendants' motion be granted in part and denied in part (R&R, ECF No. 107).
The Court has carefully considered the parties' submissions and resolves this matter without oral
argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying
Memorandum Opinion, and other good cause shown,

IT IS on this 10th day of February 2017, ORDERED that Defendants' Motion for Relief
from Judgment is DENIED. Defendants are ordered to pay the full attorneys' fees award in the
amount of $175,655.06.

s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE